## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| Tad Bear Wilson | ) | Case No. 09-15606 EEB |
| SSN: XXX-XX-7660 | ) | Chapter 7 |
| Debtor | ) | |

---

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

---

COMES NOW John Turner, attorney for the above Debtor(s), through the undersigned, and moves this Court for an order granting leave to withdraw as attorney of record in the above-captioned case, and as grounds therefore shows the Court:

1.     Attorney John Turner suffered a heart attack.  He is recuperating from this heart attack, but his convalescence is continuing at a slower pace than expected.  He is still not able to return to work, and it is unclear when he will return to work.

2.     Due to this situation, John Turner is no longer able to assist the Debtor(s) in this case.

3.     The Debtor(s) has/have previously been notified of this situation and has/have been urged to seek substitute counsel.

4.     Matters pending in this case are set forth on the Important Written Notification To Client, which is attached hereto as a continuation of this motion.

5.     In accordance with L.B.R 9010-4, notice is hereby made to the Debtor(s) that he/she/they is/are personally responsible for complying with all orders of the Court and time limitations established by the Rules of Civil Procedure, as more fully set forth in the Important Written Notification To Client set forth below.

6.     **The last-known address of the Debtor(s) is**:  Tad Bear Wilson, PO Box 49652, Colorado Springs, CO 80949.

7.     **The last-known phone number(s) of the Debtor(s) is/are**: (719) 338-7900 cell and (719) 599-7053.

WHEREFORE, John Turner, attorney for Debtor(s), through undersigned counsel, requests this Court enter an order granting John Turner leave to withdraw as attorney of record in this case.

Date: February 19, 2010.

Respectfully Submitted,

_____   /s/ Douglas Triggs, for John Turner
Douglas Triggs (#8503), for John Turner
John Turner #13017
Attorney for the Debtor(s)
421 S Tejon, Suite 112
Colorado Springs, CO 80903
719-632-2022
Fax: 719-578-5487
Email: john@attorneyjturner.com

# IMPORTANT WRITTEN NOTIFICATION TO CLIENT

JOHN TURNER, attorney of record for the above Debtor(s), hereby notifies the Debtor(s), also called the "client(s)" below, of the following:

1.      John Turner wishes to withdraw from this case as your attorney of record;

2.      The Court retains jurisdiction;

3.      Service of process may be served upon you at your last known address as shown in paragraph six of the Motion To Withdraw above.  Should that address be incorrect, or should your mailing address change, you have the burden of keeping the Court informed of the mailing address where notices, pleadings, other papers may be served;

4.      You have the obligation either to prepare personally for any hearing or trial in a contested matter or adversary proceeding, or to hire another attorney to prepare for any future hearing or trial.  You are responsible for complying with all court orders and time limitations established by any applicable statute, rule, or Local Bankruptcy Rule.  **The dates of any pending matters and filing deadlines, including trials and hearings on contested matters or adversary proceedings are:**

**A.  Deadline to file Witness and Exhibit List:_ May 26, 2010 _**
**B.  Deadline to file and serve objections to exhibits:  _May 31,__ 2010**
**C.  Hearing on the Motion to Dismiss:  _June 4, 2010; 9:30 a.m.**

_____5.      If you do not hire substitute counsel, you personally have obligations in this case which include (but are not be limited to):  1) deciding whether to respond and responding to any motions that may be or have been filed in this case, 2) responding in a timely manner to any order of the Court that requires you to respond, and 3) complying with all applicable Rules of Civil Procedure, Rules of Bankruptcy Procedure, and Local Bankruptcy Rules.

6.      If you fail or refuse to meet these burdens, you may suffer sanctions, including possible default or dismissal of pending contested matters, adversary proceedings, or the client's bankruptcy case in some circumstances;

7.      The dates of any pending matters and filing deadlines, including trials and hearings on contested matters or adversary proceedings, will not be affected by the withdrawal of counsel;

8.      You have a right to object to counsel's proposed withdrawal within 14 days of this notice by filing with the Court an objection as specified in the Notice of Motion to Withdraw as Attorney of Record, which you have also received; and

9.      You are warned that if the client is a corporation, partnership, or other legal entity, such entity cannot appear without counsel admitted to practice before this Court, and absent prompt appearance of substitute counsel, pleadings, motions and other papers may be stricken, and default judgement or other sanctions may be imposed against the entity including dismissal or conversion of its case if the entity is a debtor.

_____